Inocencia Luna, Plaintiff-Appellant,
against
Mark Angeli and Citibank, N.A., Defendants-Respondents.



Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Joseph E. Capella, J.), entered on or about February 23, 2016, after trial, in favor of defendants dismissing the action.




Per Curiam.
Judgment (Joseph E. Capella, J.), entered on or about February 23, 2016, affirmed, without costs. 
The record establishes that the trial court applied the appropriate rules and principles of substantive law and accomplished "substantial justice" in dismissing plaintiff's action for "defective services rendered" and breach of contract (see CCA 1804, 1807; Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]). A fair interpretation of the evidence supports the trial court's findings that plaintiff failed to establish that defendant Citibank, N.A. owed her any excess funds following plaintiff's repayment of a loan. The action was also properly dismissed against defendant Mark Angeli, since he was acting solely in his representative capacity as an employee of Citibank and not in his individual capacity in connection with the loan agreement at issue.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 16, 2018